# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135427(27)

BOBBIE J. BRASHERS,
      Plaintiff-Appellant,

v

                              SC: 135427
                              COA: 279999
DEBORAH J. VANDERROEST,       Kalamazoo CC: 06-000638-NI
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 9, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WEAVER and KELLY, JJ., would grant the motion for reconsideration.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828